**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 10-6503**

─────────────

KARL KEVIN HILL,

             Plaintiff - Appellant,

        v.

MARK CUNNINGHAM; CHRISTOPHER SHRADER; JOHN CUTRIGHT; R.
HIMES; K.S. MCBEE; UNNAMED DEFENDANTS,

             Defendants - Appellees.

─────────────

Appeal from the United States District Court for the Northern
District of West Virginia, at Wheeling.  Frederick P. Stamp,
Jr., Senior District Judge.  (5:09-cv-00135-FPS-JES)

─────────────

Submitted:  August 19, 2010          Decided:  August 30, 2010

─────────────

Before MOTZ, GREGORY, and AGEE, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Karl Kevin Hill, Appellant Pro Se. Michael Deering Mullins,
STEPTOE & JOHNSON, LLP, Charleston, West Virginia, for
Appellees.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Karl Kevin Hill appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Hill v. Cunningham, No. 5:09-cv-00135-FPS-JES (N.D.W. Va. Mar. 19, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2